UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 07-7643

BOBBY E. LEDBETTER,

              Plaintiff - Appellant,

       v.

THEODIS BECK, Secretary North Carolina Department of
Corrections; TERRY HARVEL, Superintendent; PAMALA LOVE, Doctor;
SAMI HASSAN, Doctor; BRENDA YUERLTON, Nurse,

              Defendants - Appellees.

Appeal from the United States District Court for the Middle
District of North Carolina, at Durham.  N. Carlton Tilley, Jr.,
District Judge.  (1:06-cv-00239-NCT)

Submitted:  March 27, 2008          Decided:  April 2, 2008

Before TRAXLER and DUNCAN, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Bobby E. Ledbetter, Appellant Pro Se.   Lisa Yvette Harper,
Assistant Attorney General, Raleigh, North Carolina; Elizabeth P.
McCullough, YOUNG, MOORE & HENDERSON, PA, Raleigh, North Carolina;
Steven Price Weaver, BROTHERTON, FORD, YEOMAN & BERRY, PLLC,
Greensboro, North Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Bobby E. Ledbetter appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Ledbetter v. Beck</u>, No. 1:06-cv-00239-NCT (M.D.N.C. Oct. 10, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>